**Eunice HUSBAND, Plaintiff—Appellant,**

v.

**Brian Joseph KORNBRATH; Federal Public Defender Office, Defendants—Appellees.**

No. 09–8133.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 25, 2010.

Eunice Husband, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) for failure to pay a partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Husband v. Kornbrath*, No. 5:09–cv–00098–JRG–JES (N.D.W.Va. Nov. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*